**UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF LOUISIANA**

**LIONELL BELLAZAR**                                   **CIVIL ACTION**

**versus**                                                         **NUMBER: 11-2606**

**WARDEN ALVIN JONES**                         **SECTION: "B" (3)**

## ORDER

    The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

    **IT IS ORDERED** that the federal petition of **Lionell Bellazar** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as untimely.

    New Orleans, Louisiana, this 24th day of April, 2012.

                                                          _____
                                                     UNITED STATES DISTRICT JUDGE